**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV83-H**

| | |
|---|---|
| **AMERICAN MORTGAGE NETWORK, INC.,** ) | |
| ) | |
|       **Plaintiff,** ) | |
| ) | **ORDER SETTING INITIAL** |
|     **v.** ) | **PRETRIAL CONFERENCE** |
| ) | |
| **MICHAEL D. SHELTON and PAMELA A.** ) | |
| **SHELTON,** ) | |
| ) | |
|       **Defendants.** ) | |

**THIS MATTER** is before the Court to set and conduct an Initial Pretrial Conference pursuant to Local Rule 16.1(B).

Counsel have already held an Initial Attorneys Conference pursuant to Local Rule 16.1(A). In any event, before the Initial Pretrial Conference counsel shall consider and discuss any special issues or problems which may arise (or have arisen) during discovery; whether a protective order is necessary and` the contents of any such order; whether early settlement (of any or all claims) should be pursued; whether and when mediation should be conducted and, if they can agree, whom the Court should appoint as mediator; the likely length of trial, should this case not be settled; and any other special needs the litigation of these claims may present.

Counsel have executed and filed the official form captioned "Consent to Proceed Before A United States Magistrate Judge." See

Local Rule 73.1.

**NOW THEREFORE, IT IS ORDERED:**

1. The Initial Pretrial Conference in this case shall be held in the chambers of the undersigned (Room 238, U.S. Courthouse, 401 West Trade Street, Charlotte, North Carolina), on **Tuesday, July 5, 2005, at 2:00 p.m.**

2. Counsel may, but are not required to bring the parties to the Initial Pretrial Conference.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**

**Signed: June 1, 2005**

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge